UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

JANY GABRIEL REYNOSO,                                                                      Petitioner,

v.                                                                          Civil Action No. 4:26-cv-08-DJH

SAMUEL OLSON, Field Office Director of
Enforcement and Removal Operations,
Chicago Field Office, Immigration and
Customs Enforcement et al.,                                                         Respondents.

\* \* \* \* \*

## ORDER

On January 16, 2026, Petitioner Jany Gabriel Reynoso, by counsel, filed an unopposed motion for leave to file supplemental briefing. (Docket No. 10) In the motion, Reynoso claims that "[a]t the time of her detention, [she] was nursing [her] infant child" and that she was subsequently separated from the child in violation of U.S. Immigration and Customs Enforcement policy. (*Id.*, PageID.151 ¶ 2) She asks for "expedited consideration" of the supplemental briefing in light of these circumstances. (*Id.*, PageID.152 ¶ 7) In its January 16, 2026 Memorandum and Order, the Court directed Respondents to release Reynoso immediately and for Respondents to certify compliance with that Order no later than January 20, 2026. (*See* D.N. 11, PageID.171) On January 19, 2026, Respondents filed a notice of Reynoso's release from custody. (D.N. 12) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the unopposed motion (D.N. 10) is **DENIED** as moot.

January 20, 2026

David J. Hale, Chief Judge
United States District Court

1